DAWN B. EYERLY (BAR NO. 185074)
Dawn.eyerly@saul.com
SAUL EWING, LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Attorney for Defendant GEMINI DIRECT,
LLC d/b/a/ CREDIT INNOVATION GROUP

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE A. HOLLAWAY,<br><br>    Plaintiff,<br><br>v.<br><br>GEMINI DIRECT, LLC d/b/a/<br>CREDIT INNOVATION GROUP,<br><br>    Defendant. | Case No. 2:24-cv-00642-KJM-CKD<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO SEAL DOCUMENTS** |

Before the Court is a Request to Seal Documents in Defendant's Motion to Compel Arbitration submitted by Defendant, Gemini Direct, LLC d/b/a/ Credit Innovation Group. Defendant's Request to Seal indicates the following documents should be filed under seal:

Document 6.2: Declaration of Marion Timpson, pages 3-14

Document 16.2: Declaration of Marion Timpson, pages 3-14

Defendant has shown compelling reasons for the minor redactions it requests. *See Kamakana v. City of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006); Fed. R. Civ. P. 5.2(a). The court hereby orders that the portion of Defendant's Motion to Compel Arbitration identified above will remain filed under seal. Defendant shall file a redacted copy of the sealed documents to remain unsealed on the docket promptly and within seven (7) days of the filing date of this order.

///

1   This resolves ECF No. 19.

2   **SO ORDERED.**

3   DATED:  May 30, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE