UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michelle A. Holloway,<br><br>                Plaintiff,<br><br>    v.<br><br>Gemini Direct LLC dba Credit Innovation Group,<br><br>                Defendant. | No. 2:24-cv-0642-KJM-CKD |
| Michael E. Holloway,<br><br>                Plaintiff,<br><br>    v.<br><br>Gemini Direct LLC dba Credit Innovation Group,<br><br>                Defendants. | No. 2:24-cv-0644-KJM-CKD<br><br>ORDER |

        On October 25, 2024, this court ordered all parties in the above captioned cases to show cause why the case numbered 2:24-cv-0642-KJM-CDK should not be consolidated for all purposes with 2:24-cv-0644-KJM-CKD.  The cases are functionally identical, and the plaintiffs are spouses.  *See* Order at 3, No. 24-644, ECF No. 28.  The actions involve the same parties, who are represented by the same counsel, and the parties expect to file similar motions to remand, dismiss, and compel arbitration.  The parties in both motions have no objections to consolidation

1

of the cases.  *See* Response No. 24-644, ECF Nos. 29–30; Response No. 24-642, ECF Nos. 33–34.

This court may consolidate two actions if the actions "involve a common question of law or fact." Fed. R. Civ. P. 42(a). These cases satisfy that standard, and consolidation will save time and effort for all involved. These actions are also related within the meaning of Local Rule 123(a).

For these reasons, the court orders as follows:

1) The court **grants** the parties' request to consolidate Case No. 2:24-cv-0642-KJM-CKD and Case No. 2:24-cv-0644-KJM-CKD for all purposes.
2) All dates and deadlines in Case No. 2:24-cv-0644-KJM-CKD are **vacated**, and the case is **closed.**
3) All future documents filed in the consolidated case shall be filed only in Case No. 2:24-cv-0642-KJM-CKD.

IT IS SO ORDERED.

DATED: November 13, 2024.

_____
UNITED STATES DISTRICT JUDGE