UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| Michelle A. Hollaway, | No. 2:24-cv-00642-KJM-CKD |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| Gemini Direct LLC dba Credit Innovation Group, | |
| Defendants. | |

In a previous order, this court granted the motion by defendant Gemini Direct LLC, doing business as Credit Innovation Group, to compel arbitration and stay this matter during the arbitration. ECF No. 32. The court also instructed the parties to file periodic joint status reports on the status of the arbitration. ECF No. 38. The parties recently filed two separate status reports. Plaintiffs Michelle and Michael Hollaway contend in their report that the American Arbitration Association declined to administer the arbitration because Gemini failed to pay its share of the arbitration fee, and they request the court's permission to file a motion to lift the stay. ECF No. 39. By contrast, Gemini claims in its report that plaintiffs never demanded arbitration. ECF No. 40. It states its intent to oppose any motion to lift the stay. Having reviewed these reports, the court orders as follows:

1

1     (1) Any motion to lift the stay and for similar relief must be filed **within fourteen days** of the date this order is filed.  The motion must be noticed for a hearing on the first available civil law and motion calendar date, with briefing deadlines dictated by the Local Rules of this District. All provisions of this court's standing order also remain in place, including those provision on meeting and conferring.

    (2) If a motion is filed under paragraph (1) above, the parties will be relieved of their obligation to submit periodic status reports under the order at ECF No. 38.  If no such motion is filed, the court's previous order to file periodic status reports will remain in place until further order of the court.

    (3) The stay imposed in the order filed at ECF No. 32 otherwise remains in place.

    IT IS SO ORDERED.

DATED: October 15, 2025.

UNITED STATES DISTRICT JUDGE